DOC #. 25

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONG GUAN JIA SHUAN INDUSTRIAL CO., LTD.,<br><br>*Plaintiff,*<br><br>v.<br><br>Partnerships and Unincorporated Associations Identified on Schedule A<br><br>*Defendants.* | **Case No. 1:25-cv-10228**<br><br>**SEALED TEMPORARY<br>RESTAINING ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2025

Plaintiff DONG GUAN JIA SHUAN INDUSTRIAL CO., LTD., ("Plaintiff"), filed an *ex parte* motion for entry of a temporary restraining order ("TRO"), including a temporary injunction, temporary asset restraint, expedited discovery, and an order expressly directing Amazon.com, Inc., eBay.com, Walmart.com, Temu.com, Aliexpress.com and other third-party service providers to freeze Defendants' accounts and restrain all funds related to the infringing activities identified in the TRO. Plaintiff filed an additional motion to serve electronically. Plaintiff moves for such preliminary relief against the e-commerce stores operating the listings identified in Schedule A to the Verified Complaint, which was filed under seal with the Court on November 29, 2025, and is attached hereto as Schedule A.

After reviewing the motions, the Court **GRANTS** the motion for a TRO. IT IS HEREBY ORDERED that Amazon.com, Inc., eBay.com, Walmart.com, Temu.com, Aliexpress.com **and any other identified third party service providers** (collectively, the "Service Providers") immediately freeze all funds in Defendants' accounts associated with the infringing activities described in the TRO.

## FACTUAL FINDINGS & CONCLUSIONS OF LAW

1. Plaintiff is a citizen and resident of China and the lawful owner by way of assignment of all rights, title, and interest in the U.S. Utility Patent US 11,639,041 B2.

2. Plaintiff has made a prima facie showing that Defendants are making, using, offering for sale, selling, and/or importing unauthorized products (the "Accused Products") that infringe Plaintiff's Patents. Defendants do so through listings on Amazon.com and other store fronts ("Storefronts"). The listings for these products are linked in Schedule A attached hereto.

3. Plaintiff has shown a likelihood of success on its patent infringement claim at trial.

4. As a result of Defendants' misconduct, Plaintiff is likely to suffer immediate and irreparable losses, damages, and injuries before Defendants can be heard in opposition, unless Plaintiff's application for *ex parte* relief is granted.

5. The public interest favors issuance of the temporary restraining order to protect Plaintiff's interests in the Patent, and to protect the public from being deceived and defrauded by Defendants' passing off their Infringing Products.

6. If Defendants are given notice of the motion for a TRO, there is a serious potential that they will conceal, transfer, or otherwise dispose of their ill-gotten proceeds from their sales of Infringing Products. Therefore, good cause exists for granting Plaintiff's request to proceed *ex parte*.

## ORDER

Based on the foregoing findings of fact and conclusions of law, Plaintiff's motions for a temporary injunction, expedited discovery, freeze of assets and to serve electronically are hereby **GRANTED** and it is **ORDERED** as follows:

### Temporary Restraints

1.  As sufficient cause has been shown, Defendants are temporarily enjoined and restrained from engaging in any of the following conduct:

    a.  Importing, distributing, selling, offering for sale, or profiting from the sale of the Infringing Products; and

    b.  Otherwise directly or indirectly infringing on Plaintiff's Patent.

2.  Within five (5) calendar days after receipt of this Order, Amazon, eBay, Walmart, Temu, Aliexpress and any other identified third-party service provider to Defendants, shall disable the Defendants' Storefronts and cease:

    a.  Providing services to operate the listings for the Infringing Products;

    b.  Displaying any advertisements used by or associated with Defendants in connection with the sale of the Infringing Products; and

    c.  Displaying links to the listings in search results.

3.  Amazon.com, Inc., eBay.com, Walmart.com, Temu.com, Aliexpress.com and any other identified third-party service providers are directed:

    a.  to immediately freeze all funds in Defendants' accounts associated with the infringing activities described in the TRO;

    b.  not to permit any transfer, withdrawal, or other disposition of restrained funds pending further order of this Court; and

    c.  within fourteen (14) business days, the Service Providers shall provide Plaintiff with an accounting of the restrained funds and associated account information.

## Expedited Discovery

4. Any Service Provider with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Storefronts, shall, within fourteen (14) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Storefronts and

    c. the account details for Defendants' financial accounts, including Defendants' sales and listing history related to their respective Storefronts; and

    d. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other any financial institution.

## Service

5. A copy of this Order shall immediately be provided to the Service Providers.

6. Service of this Order on Defendants shall be made within three (3) business days

Defendants are hereby **ORDERED** to show cause as to why a preliminary injunction, pursuant to Federal Rule of Civil Procedure 65(a), should not issue. Defendants shall file opposing papers, if any, by January 2, 2026. Plaintiff shall file any Reply papers on or before noon on January 6, 2026.

If an evidentiary hearing is required, it will be held on January 8, 2026 at 9:30 A.M. in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Peal Street, New York, New York.

**SO ORDERED**

Dated:     **December 11, 2025**
           **New York, New York**

**MARY KAY VYSKOCIL**
**United States District Judge**

of compliance by the Service Providers with Paragraph 3(a) of this Order.

7. Plaintiff's motion for alternative service of process on Defendants pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure is DENIED because Plaintiff has made no showing whatsoever of prior efforts to effectuate service in compliance with the Federal Rules of Civil Procedure.

8. Plaintiff is authorized to serve this Order only by electronic service and overnight delivery on the Defendants.

## Security Bond

9. Plaintiff shall deposit with the Court Ten Thousand Dollars ($10,000.00), either cash, cashier's check or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

## ORDER TO SHOW CAUSE

This Temporary Restraining Order shall remain in effect for 28 calendar days..[1] Plaintiff is on notice that this Court will not grant a preliminary injunction without further evidentiary support, that goes beyond the barebones Complaint, for Plaintiff's contention that Defendants' products infringe Plaintiff's patents and that the other requirements for a preliminary injunction are met. In this regard, Plaintiff is well aware that this case has been filed in the Southern District of New York. Accordingly, Plaintiff is admonished to cite governing caselaw from the Second Circuit in all papers moving forward. Plaintiff's memorandum of law almost exclusively cites non-binding caselaw from the Seventh Circuit.

---

[1] The Court finds, pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, that good cause exists to extend this temporary restraining order for a duration of twenty-eight days because of the upcoming holidays occurring during the typical fourteen day period and because in the Court's experience, service in this type of case is complex and unlikely to be effectuated within fourteen days.

# SCHEDULE A

| NO. | platform | link | Defendant's store name | store name ID | Defendant's store | Defendant's store address | | |
|---|---|---|---|---|---|---|---|---|
| 1 | AMAZON | https://www.amazon.com/UsLikeDiy-Travel-Seat-Cushion-Airplane/dp/B0FJ1R6YKF/ref=sr_1_1_sspa?crid=1L7A9JFB4N914&dib=eyJ2IjoiMSJ9.mrefeCUMsMyGvJE9XAN7xQ.fainJr_sH2fluHjTGNYgoU_28o-.jJ42NXEPYenEevIM&dib_tag=se&keywords=B0FL88VVVY&qid=1757034947&sprefix=b0fl88vvvv%2Caps%2C340&sr=8-1-spons&sp_csd=d2lk7Z2V0TmFtZT1zcF9hd | UsLikeDiy | A39GBYSLVB2OFT | Guangzhou Faxin Trading Co., Ltd. | No. 72 Shengchang Travel, Huangjiang Town, Shunjing Building, Dongguan City, Guangdong Province | | |
| 2 | AMAZON | https://www.amazon.com/dp/B0F1D84KR3 | Curinqu | A1PRSW6WV0BAU5 | shenzhenshihaoqiheng dengshiyouxiangongsi | shenzhenshihaoqihengdengs hiyouxiangongsi   No. 42, Shanqing Pai Lao Village, | | |
| 3 | AMAZON | https://www.amazon.com/VIPWIN-Airplane-Portable-Inflatable-Wheelchair/dp/B0FKRJ6KKW/ref=sr_1_52?dib=eyJ2IjoiMSJ9.DhBtyofHu5XvAJVihSF9C_WQ0RVWf1xpoZ4rgTTrY5QM3WOQqiybRhgtYMbiQEv0l92Tl | SLYDSM | AFH39N045WSZE | ShiLouXianYueDongSha ngMaoYouXianGongSi | No. 183 Jiexi Lane, Lingquan Town, Shilou County, Lvliang City, Shanxi Province | | |
| 4 | AMAZON | https://www.amazon.com/Tusvcupo-Comfortable-Inflatable-Wheelchair-Adjustable/dp/B0F23KJMQH/ref=sr_1_48?crid=1G9HULUVUYJB&dib=eyJ2IjoiMSJ9.2Zo7AnYRc4bLcADwQ- | Shanoa | A4ZKSMCD5D7BQ | chengduyugonghuiyins hangmaoyouxiangongsi | Room 701, Unit 3, Building 5, Yijing Garden, Yinhua Road, Xiangzhou District, Zhuhai City, Guangdong | | |
| 5 | AMAZON | https://www.amazon.com/YUDNLIB-Bags-Sondur-Lightweight-Self-Inflatable/dp/B0DT43CNB5/ref=sr_1_2?dib=eyJ2IjoiMSJ9.n01W0oLPm8V9klozBAo | GYXWAN | A33DOA6JKMZ67H | Taiyuan Jinyi Trade Studio (sole proprietorship) | No. 704, 7th Floor, Zhongchuang Building, No. 3 North Binhe West Road, Huifeng Street, Jiancaoping | | |
| 6 | AMAZON | https://www.amazon.com/IZLTUV-Inflatable-Portable-Breathable-Waterproof/dp/B0F59CVXDW/ref=sr_1_1?crid=1FKLI3BYIH9NT&dib=eyJ2IjoiMSJ9 | ZeYimm | A142HPBXCCT9DU | ShenZhenShiZeYiMaoYi YouXianGongSi | Room 502, 5th Floor, No. 111-3 Huangjinshan, Bantian Community, Bantian Street, Longgang District, Shenzhen | | |
| 7 | AMAZON | https://www.amazon.com/Inflatable-Pressure-Anti-Slip-Self-Inflating-Wheelchair/dp/B0F9PX9YTH/ref=sr_1_2?rid=2618MWEGYCS6L&dib=eyJ2IjoiMSJ9 | JMPUGON GYING | A35TTE628N1FV0 | jiangmenshipugongyin gzhinengdianqiyouxian gongsi | Building 7, No. 10 Huangzhuang Avenue West, 2-230 Jiangmen City, Guangdong Province | | |
| 8 | AMAZON | https://www.amazon.com/YUDNLIB-Bags-Sondur-Lightweight-Self-Inflatable/dp/B0DT441XG3/ref=sr_1_2?dib=eyJ2IjoiMSJ9.n01W0oLPm8V9klozBAo | GYXWAN | A33DOA6JKMZ67H | Taiyuan Jinyi Trade Studio (sole proprietorship) | No. 704, 7th Floor, Zhongchuang Building, No. 3 North Binhe West Road, Huifeng Street, Jiancaoping | | |
| 9 | AMAZON | https://www.amazon.com/Inflatable-Travel-Cushion-Ultra-Portable-Water-Resistant/dp/B0FM7X641Z/ref=sr_1_2?crid=XL8M1R1WPRWM&dib=eyJ2IjoiMSJ9 | linyiqianjiayi bancaichang | A3NKRG06H5B4M0 | linyiqianjiayibancaichan g | No. 237, Xiaozhifang Village, Yitang Town, Lanshan District, Linyi City, Shandong Province | | |
| 10 | AMAZON | https://www.amazon.com/IZLTUV-Inflatable-Portable-Breathable-Waterproof/dp/B0FB99DPBP/ref=sr_1_1?crid=1FKLI3BYIH9NT&dib=eyJ2IjoiMSJ9.nn_XsRH0RvbeKgWeUmurrq.X6vR9U3sbhfNik8vZeUZ2aFiASeIRImDeJNaw&hcSIl&dib_tag=se&keywords=B0FB9CVXD&qid=1757388573&sprefix=b0fb9cvxdv%2Caps%2C228&sr=8-1&th=1 | ZeYimm | A142HPBXCCT9DU | ShenZhenShiZeYiMaoYi YouXianGongSi | Room 502, 5th Floor, No. 111-3 Huangjinshan, Bantian Community, Bantian Street, Longgang District, Shenzhen, Guangdong Province | | |
| 11 | AMAZON | https://www.amazon.com/IZLTUV-Inflatable-Portable-Breathable-Waterproof/dp/B0FB9D7K86/ref=sr_1_1?crid=1FKLI3BYIH9NT&dib=eyJ2IjoiMSJ9.nm_XsRH0RvbeKgWeUmurrq.X6vR9M3sbhfNik8vZeUZ2sWiASmIRlmDeINawWhcSHkR/dib_tag=se&keywords=B0FB9CVXD | ZeYimm | A142HPBXCCT9DU | ShenZhenShiZeYiMaoYi YouXianGongSi | Room 502, 5th Floor, No. 111-4 Huangjinshan, Bantian Community, Bantian Street, Longgang District, Shenzhen, Guangdong Province | | |
| 12 | AMAZON | https://www.amazon.com/Airplane-Wheelchair-Cushions-Portable-Inflatable/dp/B0FKB7VKFD/ref=sr_1_6?crid=3N3U85CE9S1LW&dib=eyJ2IjoiMSJ9.RAK92Kogl7896OePqCMmog.m5Y90ZMRnnVSDhfEEepFmfiltz=2l473ikR&t9dItizO& | Sunny Day Shop | A6BVPTY97ALP9 | chenzhouxuanhanshan gmaoyouxianzerengon gsi | No. 106, Building 8, Building D, Wanhua City Commercial Plaza, Wanhua Road, Yongquan Street, Beihu District, Chenzhou City, | | |
| 13 | AMAZON | https://www.amazon.com/2AVREN-Bubble-Inflatable-Cushion-Bujlt/dp/B0DS916SSN/ref=sr_1_1?crid=3SVF7OQJ3JCRQ&dib=eyJ2IjoiMSJ9.O_PUy9LGR4JRTOszStt2fg.47Hh3FKnciXQqUEtucJNi3_z2fW3AehcHzQ7NLRbyYg&dib_tag=se&keywords=B0DS916SSN&qid=175 | 没货了 | | | | | |
| 14 | AMAZON | https://www.amazon.com/Sondurf-Travel-Cushion-2025-Black/dp/B0FM89JB91/ref=sr_1_2?crid=3VC6HGZA3V4G&dib=eyJ2IjoiMSJ9.DqG | 下架了 | | | | | |
| 15 | AMAZON | https://www.amazon.com/dp/B0FJC6XY5R | ANABIUP | AEH75NAT95FDU | yongkangshiyihemaoyiy ouxiangongsi | No. 22 Huancun West Road, Xiaxichi Village, Gushan Town, Yongkang City, Jinhua | | |
| 17 | AMAZON | https://www.amazon.com/Anti-Slip-Motorcycle-Absorption-Decompression-Motorcycles/dp/B0FKT42XKT?th=1 | Guo Zhen Art Store | A3CBWRXG9CUL48 | GuoZhen | No. 236 Lihong Street, Licheng Street, Xianyou County, Putian City, Fujian Province | | |
| 19 | AMAZON | https://www.amazon.com/Turnextte-Inflatable-Wheelchair-Pressure-Adjustable/dp/B0FB8BCBTTR/ref=sr_1_53?crid=QDFC4DWOCHZ78&dib=eyJ2IjoiMSJ9.--vUDkKzp7D0vl6VvOu-l0hdEoJtJMViFRP0AjmBtX8GXuFhwNS6X | Turnextte | A137X0736U2QZJ | Hangzhou Xiapi Electronic Commerce Co., Ltd. | Room 801-4, Building 1, Taikoo Plaza, Beigan Street, Xiaoshan, Hangzhou, Zhejiang | | |

| No. | Platform | URL | Store | Seller ID | Company | Address | | |
|---|---|---|---|---|---|---|---|---|
| 20 | AMAZON | https://www.amazon.com/UsLikeDiy-Travel-Seat-Cushion-Airplane/dp/B0FJ1R6YKF/ref=sr_1_1_sspa?crid=1L7A9JFB4N914&dib=eyJ2IjoiMSJ9.mrefeCUMsMyGvlE9XAN7xQ.fainJr_sH2fIuHiTGNYgoU_28o- | UsLikeDiy | A39GBYSLVB2OFT | Guangzhou Faxin Trading Co., Ltd. | No. 72 Shengchang Street, Huangjiang Town, Shunjing Building, Dongguan City, Guangdong Province | | |
| 21 | AMAZON | https://www.amazon.com/dp/B0FR4MS3GS/ref=sspa_dk_detail_4?psc=1&pd_rd_i=B0FR4MS3GS&pd_rd_w=glBKJ&content-id=amzn1.sym.953c7d66-4120-4d22-a777-f19dbfa69309&pf_p=953c7d66-4120-4d22-a777- | juucuu | A2YYWGSX2DNEJ0 | henanjingchoumaoyiyouxiangongsi | No. 22, Group 3, Banpoyang Village, Liangwa Town, Lushan County, Pingdingshan City, Henan Province | | |
| 22 | AMAZON | https://www.amazon.com/dp/B0FJ1RLNWW/ref=sspa_dk_detail_0?pd_rd_i=B0FJ1R6YKF&pd_rd_w=Jz8zD&content-id=amzn1.sym.f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pf_rd_p=f2f1cf8f-cab4-44dc-82ba- | UsLikeDiy | A39GBYSLVB2OFT | Guangzhou Faxin Trading Co., Ltd. | No. 72 Shengchang Street, Huangjiang Town, Shunjing Building, Dongguan City, Guangdong Province | | |
| 24 | AMAZON | https://www.amazon.com/dp/B0F9PX9YTH/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1 | JMPUGONGYING | A35TTE628N1FV0 | jiangmenshipugongyingzhinengdianqiyouxiangongsi | Building 7, No. 10 Huangzhuang Avenue West, 2-230 Jiangmen City, Guangdong Province | | |
| 25 | AMAZON | https://www.amazon.com/dp/B0FS1P4NXG/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1 | JMPUGONGYING | A35TTE628N1FV0 | jiangmenshipugongyingzhinengdianqiyouxiangongsi | Building 7, No. 10 Huangzhuang Avenue West, 2-230 Jiangmen City, Guangdong Province | | |
| 26 | AMAZON | https://www.amazon.com/dp/B0FS21JK45/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1 | JMPUGONGYING | A35TTE628N1FV0 | jiangmenshipugongyingzhinengdianqiyouxiangongsi | Building 7, No. 10 Huangzhuang Avenue West, 2-230 Jiangmen City, Guangdong Province | | |
| 27 | AMAZON | https://www.amazon.com/dp/B0FSH4555L/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1 | Fresh Style | A1D4Y8ZMGLVJD5 | Hi Pop Inc | Hi Pop Inc3628 S Nogales St WEST COVINA CA 91792-2714 US | | |
| 28 | AMAZON | https://www.amazon.com/dp/B0DSHR5NF5/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1 | 变狗 | | | | | |
| 29 | AMAZON | https://www.amazon.com/dp/B0FK4WF487/ref=mweb_up_am_fl_st_na_un_up_sm_web | HUXZ-US | A3QUZ351HMVZC3 | Hubei Hezhen E-commerce Co. | Room 602, Building 2, Price Bureau Dormitory, No. 277 Xianghan Road, Xiushui Community, Junshui Town, Xianning City, Tongcheng County, Hubei Province | | |
| 30 | AMAZON | https://www.amazon.com/Gailkeat-Portable-Cushion-Airplane-Inflatable/dp/B0FP4LG51R/ref=sr_1_12_sspa?crid=1G9HUILJVUYJB&dib=eyJ2IjoiMSJ9.k2iOghfUmglU8bjd0l5m2cLFRWQUn-ORHcY5QGcOOa3QQahdXagTk8IpF0zHaM6wCcJXenfXr6V35- | yilin-shijq | A3DY8YJXV0M5B9 | shaoyangyilinjianzhulaowuyouxlangongsi | South side of Liuling Park, Phase I resettlement housing, Building 17, 0110001, Zhongxin Road Street, Daxiang District, Shaoyang City, Hunan Province | | |
| 31 | AMAZON | https://www.amazon.com/Viuaejoo-Inflatable-Cushion-Relief/dp/B0FH9YJX21/ref=sr_1_19_sspa?crid=1G9HUILJVUYJB&dib=eyJ2IjoiMSJ9.k2iOghfUmglU8bjd0l5m2cLFRWQUn-ORHcY5QGcOOa3QQahdXagTk8IpF0zHaM6wCcJXenfXr6V35- | LINJIUYI | A6GR5USHACXON | ganzhoujiuyikejiyouxiangongsi | 1st Floor, No. 14 # 2, E Zone, Railway Station Tongzhan Avenue, Dongshan Street Office, Nankang District, Ganzhou City, Jiangxi Province | | |
| 32 | AMAZON | https://www.amazon.com/Viuaejoo-Inflatable-Cushion-Pressure-Relief/dp/B0FH9VRF11/ref=sr_1_2?crid=CR50TV4MB24&dib=eyJ2IjoiMSJ9.N6nEa6EBzWmjacb40lEiXw.lyklr0hnaQ_Lj8o-ab_aOnpoR3BnW_HYcMa6Ju4XVh6&dib_t | LINJIUYI | A6GR5USHACXON | ganzhoujiuyikejiyouxiangongsi | 1st Floor, No. 14 # 3, E Zone, Railway Station Tongzhan Avenue, Dongshan Street Office, Nankang District, Ganzhou City, Jiangxi Province | | |
| 33 | AMAZON | https://www.amazon.com/Inflatable-wheelchair-relief/dp/B0BZ7X7JZ2/ref=pd_rhf_dp_s_cj_mcx_gr_hn_d_d_sccl_1_3/141-4600580-2388019?pd_rd_w=YiIe8P&content-id=amzn1.sym.1cb054ad-d21f-4e6f-92bc-67afeec17jcd%3Aamzn1.sync.9c65Ga1e-b920- | QXLZSYYXGS | A1UQS05VD60RRR | JIANGSUQIXINGLIANZHUSHIYEYOUXIANGONGSI | Room 167, Zone E, Building 10, Yaxi International Slow City Town, Gaochun District, Nanjing City, Jiangsu Province, China | | |
| 34 | AMAZON | https://www.amazon.com/dp/B0DS9LNFT3/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1 | 没货了 | | | | | |
| 35 | ebay | Inflatable Seat Cushions, Wheelchair Cushion for Anti-Decubitus, Sciatica, Ta... | eBay | trendings4u | trendings4u | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 36 | ebay | Inflatable Seat Cushion for Air Travel with Built-in Manual Pump, Portable, B... \| eBay | **trendings4u** | trendings4u | | | | |
| 37 | ebay | Portable seat Cushion Comfortable inflatable seat Cushion Suitable for Office... \| eBay | **trendings4u** | trendings4u | | | | |
| 39 | ebay | Inflatable Air Bags Travel Seat Pad – For Office, Car, Airplane – No Pump Needed \| eBay | **GTS Tech Store** | gemstarrhyme | | | | |
| 40 | Ebay | https://www.ebay.com/itm/356794500191?_sk w=inflatable+seat+cushion&itmmeta=01K8TB71 0I9AGWMW25QHDCC7AG&hash=item53129c045 fg:s7kAAOSwb7Vn22IV&itmprp=enc%3AAQAKA AAABFkggFvd1GGDuOw3vXCmi1cEUiX20V2TKM9 5kSrpGjWm3M11yfvf9ZGIU2uC%2Fj%2BcxE42gu 3%2BLc65TisIlcvBABSSwrq00PavvPvVOIDXAldPe | **gaowith17** | gaowith17 | | | | |
| 41 | TEMU | https://www.temu.com/-airplane-seat-airplane-seat-cushion-for-long-flights-press-type--3d-wheelchair-seat-cushion-with-49--for-car-office-stadium--support-heavy-duty-g-601102863584863.html?_oak_name_id=6 | Xiaonas Entrepreneurship | | | | | |
| 42 | TEMU | https://www.temu.com/-inflatable-airplane-seat-cushion-for-long-flights--inflatable-seat--cushion-portable-travel-seat-cushions-for-airplane-car-office-chair-wheelchair-airplane-seating-lightweight-design-compact-travel-accessory-g-601103759181992.html?_oak_name_id=4 3857573107924730188&_oak_mp_inf=EKi | GYH Store | | | | | |
| 43 | TEMU | https://www.temu.com/-pressure-relief-air-cushion-office-chair-car-seat-cushion-back-support-pad-for-desk-chair-wheelchair-adjustable--ergonomic-cushion-portable-and-inflatable-g-601099775593986.html?_oak_name_id=690654 06179943589958_oak_mp_inf=EJ6b5ZSnlogBGh | Airjourney | | | | | |
| 44 | TEMU | https://www.temu.com/ohp-49-air-cushion-3d-ergonomic-long-sitting-design-cushion-for-office-seats-and-car-seats-adjustable-inflation-seat-pad-g-601099775801380.html?_oak_name_id=399595 0753359186958&_oak_mp_inf=EKTw8ZSnlogBGh Znb29kc19vhzU1Z22fcnU'ib21tZ45k1 UDhdon i bv | Airjourney | | | | | |
| 45 | TEMU | https://www.temu.com/tut-ergonomic-inflatable-air-cushion-for-office-chair-comfortable-tpu-buttocks-support-with-lumbar-relief-washable-black-office-seat-cushion--polyurethane-material-air-cushion-for-seat-g-601099740554903.html?_oak_name_id=261319 | Airjourney | | | | | |
| 46 | TEMU | https://www.temu.com-pressure-target-cushion-double-layer-cushion-for-office-chair-portable-and-inflatable-design-3d-ergonomic-cushion-for-hip--g-601099817427503.html?_oak_mp_inf=EK42EE3 qinlogBGhUxN25qdnN0ZnFtb20523Y5d3Ip0Xkgo hospoU2&top_gallery_url=https%3A%2F%2Fia | Airjourney | | | | | |
| 47 | TEMU | https://www.temu.com/-before-you-fly-seat-cushion-anti-stress-shock-absorbing-breathable-cover-for-long-distance--portable-foldable-design-durable-pu-material-g-601099794186323.html?_oak_mp_inf=EKVA112 nlogBGhUxN25qdnN0ZnFtb20523Y5d3Ir0Xkgorn | Airjourney | | . | . | | |
| 48 | temu | https://www.temu.com/-bicycle-seat-cushion-cover-mountain-bike-road-bike-universal-riding-seat-cushion-cover-anti--seat-cushion-cover-bicycle-seat-cover- | TOSUOD Cycling Hive | | | | | |
| 49 | walmart | Ngardk Inflatable Travel Seat Cushion for Car Seat Airplane Long Flights and Chair Cushions - Walmart.com | Joe's gadget store | 101630955 | Hangzhouxiguankejiyou xiangongsi | Tian Mu Shan Xi Road,Yuhang District, Hangzhou, ZJ 311100 | | |
| 50 | walmart | Sondur Travel Cushion, Inflatable Airplane Seat Cushion for Long Flights, 3D Air Inflatable Seat, Air Seat Cushion, Portable Travel Seat Cushions for Airplane, Car, Office Chair, Wheelchair – Walmart.com | Yucen-US | 102782670 | nanyangyushengshang maoyouxianzerengongs i | henanshengnanyangshiwolo ngquqiyijiedaohongmiaolujia hechuntian3haolou2danyuan 102, nanyangshi, HA 473000 | | |

| | | | | | |
|---|---|---|---|---|---|
| 51 | walmart | https://www.walmart.com/ip/SQDWYGG-Sondur-Travel-Cushion-Inflatable-Airplane-Seat-Cushion-Long-Flights-Sonder-Travel-Cushion-Tailbone-Pain-Relief-Black-17-7-y-16-1-x-1-9-1/171482099537classType=REGULAR&from=/search | hengyunzhineng | 102487739 | shanxihengyunzhinengkejiyouxiangongsi |
| 52 | walmart | Sondur Travel Cushion, 3D Air Cell Seat Cushion, Seat Cushion for Travel, Comfortable Travel Air Seat Cushion for Car Seat, Office Chair, Wheelchair, Bed Sore (1pcs -B) - Walmart.com | Xinwan Supply Chain | 102845687 | jiaozuoshixinwangongyinglianyouxiangongsi |
| 53 | walmart | Sondur Travel Cushion Airplane seat, Portable Inflatable Travel Seat Cushion for Long Flights, Office Chair, Wheelchair, Cars, Home Living, Ergonomic Comfort Support - Walmart.com | | | |
| 54 | walmart | walmart.com/ip/Sondur-3D-Cell-Inflatable-Travel-Seat-Cushion-36-Ergonomic-Units-Maximum-Comfort-Support-Relieves-Back-Tailbone-Bottom-Pain-Long-Flights-Airline-Seat/1849680592O?classType=VARIANT | | | |
| 55 | walmart | DGQPLPD Press Type Inflatable Cushion,Air Inflatable Pressure Relief Seat Cushion,Inflatable Seat Cushion for Remote Working - Walmart.com | | | |
| 57 | aliexpress | https://www.aliexpress.com/ssr/300000512/BundleDeals2?spm=a2g0o.productlist.main.1.2979mQRPmQRPAd&productIds=1005009649090540:1200004976565227&pha_manifest=ssr&_immersiveMode=true&disableNav=YES&sourceName=SEARCHProduct&utparam-url=scene%3Asearch%7Cquery_from%3A%7Cx_object_id%3A1005009649090540%7C_p_origin_prod%3A1005009095881132&pvid=0b0ae9c9-888d-48c3-9675-4a69d450ef1d&_gl=1*1sb7zog*_gcl_au*MjA5NTQ0ODA2LjE3NjI1OTgxNjY.*_ga*MTU2NTY0NTgxN S4xNzU3NjU4NiYz*_ga_VED1YSGNC7*czE3NjI1OTgxNYkbzEkZzEkdDE3Nji1OTg3OTQkaiU5JGwwGgw | Airjourney | | Guangzhou Source Gas Power Technology Co., Ltd. | Huadu District, Huadu District, Guangzhou City, Guangdong Province, China |
| 58 | aliexpress | 3D Air Seat Cushion with Storage Bag Portable Air Cushion Adjustable Inflatable Chair Pad for Travel Office - AliExpress 15 | California FBM Store | 1104909417 | Foshan Xingqionglian Trading Co., Ltd. | CN, Room 2172, Floor 2,No. 69 Boai Middle Road, Shishan Town, FoshanCity,Guangdong Province (Residence Declaration),440605 |
| 59 | aliexpress | https://www.aliexpress.com/item/100500936911349Z.html?spm=a2g0o.productlist.main.13.4ab81e10uJlEFe&algo_pvid=5f079829-c607-4b29-be1b-358c9423bb78&algo_exp_id=5f079829-c607-4b29-be1b-358c9423bb78-12&pdp_ext_f=%7B%22order%22%3A%22-1%22%2C%22eval%22%3A%221%22%7D&pdp_n | Shop1104910413 Store | 1104910413 | Foshan Xingqionglian Trading Co., Ltd. | CN, Room 2172, Floor 2,No. 69 Boai Middle Road, Shishan Town, FoshanCity,Guangdong Province (Residence Declaration),440605 |
| 60 | aliexpress | https://www.aliexpress.com/item/1005009082933.html?spm=a2g0o.productlist.main.17.4ab81e10uJlEFe&algo_pvid=5f079829-c607-4b29-be1b-358c9423bb78&algo_exp_id=5f079829-c607-4b29-be1b-358c9423bb78-16&pdp_ext_f=%7B%22order%22%3A%2238%22%2C%22eval%22%3A%221%22%7D&pdp_npi=5 | Airjourney Store | 1104837108 | Guangzhou Source Gas Power Technology Co., Ltd. | CN, Guangdong Province, Guangzhou City, Huadu District, Huadong Town, No.18, Ciguoling Road, 02,440114 |
| 61 | aliexpress | New Inflatable Travel Cushion Comfortable Breathable 3D Air Cell Seat Cushion Anti-Slip Portable Travel Seat Cushion Wheelchair - AliExpress | GGMMAS Stylish Store | 912179824 | Shanghai Heng Yi Trading Co., Ltd. | China, Shanghai, Shanghai, Fengxian District, Floor 6, Building 1, 288 NingfuRoad,Nangiao town, 201400 |
| 62 | aliexpress | https://www.aliexpress.com/item/1005008756011334.html?spm=a2g0o.detail.pcDetailTopMoreOtherSeller.1.3c8eeB2TeB2TOP&gps-id=pcDetailTopMoreOtherSeller&scm=1007.40196.439370.0&scm_id=1007.40196.439370.0&scm-url=1007.40196.439370.0&pvid=067ae74d-1bfe-4555-b69c-d039ec0b7ea0&_t=gps- | Smart Choice Store | 1103080406 | Shanghai Youbai Network Technology Co., Ltd. | China, Shanghai, Shanghai, Fengxian District, Floor 1, 4869 Xinfeng Highway,201400 |
| 63 | aliexpress | https://www.aliexpress.us/item/325680904840964L.html?spm=a2g0o.productlist.main.7.2979mQRPmQRPAd&algo_pvid=0b0ae9c9-888d-48c3-9675-4a69d450ef1d&algo_exp_id=0b0ae9c9-888d-48c3-9675-4a69d450ef1d-6&pdp_ext_f=%7B%22order%22%3A%22333%22%2C%22sku_best_type%22%3A%22price%22%2 | Smart Choice Store | 不显示 | Shanghai Youbai Network Technology Co., Ltd. | China, Shanghai, Shanghai, Fengxian District, Floor 1, 4869 Xinfeng Highway,201400 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 64 | aliexpress | https://www.aliexpress.us/item/3256809118000767.html?spm=a2g0o.productlist.main.28.2979mQRPmQRPAd&algo_pvid=0b0ae9c9-888d-48c3-9675-4a69d450ef1d&algo_exp_id=0b0ae9c9-888d-48c3-9675-4a69d450ef1d-27&pdp_ext_f=%7B%22order%22%3A%226%22%2C%22eval%22%3A%221%22%2C%22fromPage%22%3A%22search%22%7D&pdp_npi=6%40dis%21USD%2119.54%2119.29%21%21%2138.50%2194.18%21%40210141f71762598794055720ee341%211200005092001733%21sea%21US%210%21ABX%211%210%21n_tag%3A-29910%3Bd%3A86f91ce3%3Bm03_new_user%3A-29895&curPageLogUid=VbWWh74nBSB8&utparam-url=scene%3Asearch%7Cquery_from%3A%7Cx_object_id%3A1005009304315519%7C_p_origin_prod%3A | Green Tea Store | 912249127 | Taiyuan Steyer Information Technology Co.. Ltd. | China, Shanxi Province, Taiyuan City, Xiaodian district, Haitang InternationalBuilding, No.68 Jinyang Street, 14th Floor, 15th Floor (No. 5134, ShanxiHechuang Space Enterprise Incubation Park Co., Ltd.), 030032 | | |
| 65 | aliexpress | https://www.aliexpress.us/item/3256809548680235.html?spm=a2g0o.productlist.main.3.331c1b26262gMU&algo_pvid=a08de8bf-9cae-4d56-9037-d4f3afbf6571&algo_exp_id=a08de8bf-9cae-4d56-9037-d4f3afbf6571-2&pdp_ext_f=%7B%22order%22%3A%2224%22%2C%22eval%22%3A%221%22%2C%22fromPage%22%3A%22search%22%7D&pdp_npi=6%40dis%21USD%215B.56%2122.20%21%21%21414.99%2157.28%21%40212a6e29176259970996077e6f27%2112000050004B08589%21sea%21US%210%21ABX%211%210%21n_tag%3A-29910%3Bd%3A86f91ce3%3Bm03_new_user%3A-29895%3Bpisid%3A5000000187761491&curPageLogUid=s6JyZSuCd1nC&utparam-urlscene%3Asearch%7Cquery_from%3A%7Cx_object_id%3A1005009734994987%7C_p_origin_prod%3A | Airjourney 2 Store | 1105050439 | Guangzhou Source Gas Power Technology Co., Ltd | CN, Guangdong Province, Guangzhou City, Huadu District, Huadong Town, No.18, Ciguoling Road,02,440114 | | |
| 66 | aliexpress | https://www.aliexpress.us/item/3256808557327767.html?spm=a2g0o.productlist.main.1.772425002500ml&algo_pvid=861a23f7-46ae-426a-9902-c5525743e9c2&algo_exp_id=861a23f7-46ae-426a-9902-c5525743e9c2-0&pdp_ext_f=%7B%22order%22%3A%2255%22%2C%22eval%22%3A%221%22%2C%22fromPage%22%3A%22search%22%7D&pdp_npi=6%40dis%21USD%2118.60%210.99%21%21%21131.75%21 | Shop1103857702 Store | 1103857702 | High-tech Industrial Development Zone Shuo Production Materials Distribution Office | CN, Jilin Province, Changchun City, High-tech Industrial Development Zone.Room A07-299, Room 102, 1st Floor, Jilin Zhongwei Industrial ParkManagement Co., Ltd., No. 3 Torch Road, Changchun High-tech | | |
| 67 | aliexpress | https://www.aliexpress.us/item/3256807978965081.html?spm=a2g0o.productlist.main.3.772425002500ml&algo_pvid=861a23f7-46ae-426a-9902-c5525743e9c2&algo_exp_id=861a23f7-46ae-426a-9902-c5525743e9c2-2&pdp_ext_f=%7B%22order%22%3A%2295%22%2C%22eval%22%3A%221%22%2C%22fromPage%22%3A%22search%22%7D&pdp_npi=6%40dis%21USD%2140.08%2110.04%21%21%21283.88%21171.12%21%40140c1c31762763336993326e4a12%2112000440S6714454%21sea%21US%210% | Sam Cycling Sports Store | 1103743131 | Kunming Xiangruling Department Store (sole proprietorship) | CN, Yunnan Province, Kunming City, Guandu District, China (Yunnan) Pilot FreeTrade Zone Kunming District Guandu Sub-District Office Yunxiu CommunityAmber Junyuan Phase I Shop A4-34165.530111 | | |
| 68 | aliexpress | https://www.aliexpress.us/item/3256809486422900.html?spm=a2g0o.productlist.main.7.772425002500ml&algo_pvid=861a23f7-46ae-426a-9902-c5525743e9c2&algo_exp_id=861a23f7-46ae-426a-9902-c5525743e9c2-6&pdp_ext_f=%7B%22order%22%3A%2221%22%2C%22eval%22%3A%221%22%2C%22fromPage%22%3A%22search%22%7D&pdp_npi=6%40dis%21USD%2146.74%219.90%21%21%21331.04%2170.14%21%40210c1c31762763326999326e4a1%2112000002140c1c3176276336999326e4a1%2112000 | WEST BIKING Gobike Store | 1102473023 | Yiwu Lutuo Network Technology Co., Ltd. | Zhejiang Province, Jinhua City, Yiwu City, Zhejiang Province, Room 1302, 13thFloor,Building 4, 2301 Fulong Mountain South Road, Choujiang Street, YiwuCity, Jinhua City, Zhejiang Province, 322000 | | |
| 69 | aliexpress | https://www.aliexpress.us/item/3256807333485158.html?spm=a2g0o.productlist.main.57.772425002500ml&algo_pvid=861a23f7-46ae-426a-9902-c5525743e9c2&algo_exp_id=861a23f7-46ae-426a-9902-c5525743e9c2-54&pdp_ext_f=%7B%22order%22%3A%2232%22%2C%22eval%22%3A%221%22%2C%22fromPage%22%3A%22search%22%7D&pdp_npi=6%40dis%21USD%2138.03%2121.30%21%21%2138.03%21 | Windchaser Cycling Store | 1102185343 | Wuhan Jie San Network Technology Co., Ltd. | China, Hubei Province, Wuhan City, Qiaokou District, Wuhan City, HubeiProvince, No. 3F16-469, Foor 3, Building C2, First Avenue, Hanzheng Street,Qiaokou District, Wuhan City, Hubei Province,430000 | | |
| 70 | aliexpress | https://www.aliexpress.us/item/3256807085732499.html?spm=a2g0o.productlist.main.61.772425002500ml&algo_pvid=861a23f7-46ae-426a-9902-c5525743e9c2&algo_exp_id=861a23f7-46ae-426a-9902-c5525743e9c2-58&pdp_ext_f=%7B%22order%22%3A%2213%22%2C%22eval%22%3A%221%22%2C%22fromPage | Car Moto Part Factory Store | 1102672151 | Shenzhen Youche Information Consulting Co., Ltd. | China, Guangdong Province, Shenzhen City, Longgang District, 809, Unit 5Building 2, Zhongxin Longsheng Plaza, 219 Shenshan Road (LonggangSection), Longxin | | |