USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONG GUAN JIA SHUAN INDUSTRIAL CO., LTD.,

Plaintiff,

-against-

PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

1:25-cv-10228-MKV

ORDER DENYING MOTION
FOR RECONSIDERATION
AND GRANTING LEAVE TO
SUPPLEMENT THE RECORD

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Plaintiff Dong Guan Jia Shuan Industrial Co., Ltd.'s "Motion for Reconsideration and for Leave to Supplement the Record" ("Mot."). In its motion, Plaintiff makes clear that it does not seek to revisit the Court's January 7, 2026 Order denying a preliminary injunction and vacating the temporary restraining order, but instead exclusively seeks leave to supplement the record with a "newly prepared, sworn technical analysis" that includes "a claim-by-claim infringement analysis." Mot. at 1, 3-4.

Having carefully reviewed Plaintiff's Motion, IT IS HEREBY ORDERED that Plaintiff is GRANTED leave to file a new motion for a temporary restraining order and/or a preliminary injunction supported by its sworn technical analysis and supporting exhibits.

IT IS FURTHER ORDERED that Plaintiff's Motion for Reconsideration is DENIED. Plaintiff is reminded that the Court's denial of a preliminary injunction was without prejudice.

The Clerk of Court is respectfully requested to terminate the Motion for Reconsideration and for Leave to Supplement the Record.

SO ORDERED.

Date:   January 9, 2026
        New York, NY

MARY KAY VYSKOCIL
United States District Judge