USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 7/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONG GUAN JIA SHUAN INDUSTRIAL CO., LTD.<br><br>Plaintiff,<br><br>-against-<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | 1:25-cv-10228-MKV<br><br>WITHDRAWAL OF MOTION TO INTERVENE |

COMES NOW proposed intervenor Guangzhou Qihang Technology Development Co., Ltd. ("Qihang"), by and through undersigned counsel, to respectfully withdraw its pending Motion to Intervene (Doc. 52) (Qihang's "Motion") without prejudice. It has come to counsel's attention that certain facts presented within Qihang's Motion may be inaccurate as a result of a mistranslation between Qihang's Chinese and American counsel. Qihang intends to file an amended motion upon final confirmation of the relevant facts.

Dated: June 8, 2026

Respectfully submitted,

*/s/ Joseph Hooper*

Joseph Hooper (*pro hac vice*)
Wangxue Deng (*pro hac vice*)
**AVEK IP, LLC**
7285 W. 132nd St., Ste. 340
Overland Park, KS 66213
P: (913) 499-1284
F: (913) 549-4646
jhooper@avekip.com
wdeng@avekip.com

Guo Zhihui
ARDC No. 4766705
JS Law Office
200 E 36th Street, New York

NY, 10016
Tel: (917) 773-1868
Email: sellsusip@gmail.com

*Attorneys for Proposed Intervenor Guangzhou Qihang Technology Development Co., Ltd.*

**Granted. SO ORDERED.**

The Clerk of Court is respectfully requested to terminate docket entries 52 and 75.

Date: 7/7/2026
New York, New York

Mary Kay Vyskocil
United States District Judge