ENVISAGE LAW

www.envisage.law
Tel: 919.268.8998
jlawrence@envisage.law

PO Box 30099
Raleigh, NC 27622

**BY ECF**

August 20, 2026

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***Dong Guan Jia Shuan Industrial Co., Ltd., v. Hangzhou Xiapai E-Commerce Co., Ltd.*****, Case No. 1:25-cv-10228-MKV**
**Defendants' Request for Pre-Motion Conference on Anticipated Motion to Dismiss**

Dear Judge Vyskocil:

Our law firm represents the Plaintiff Dong Guan Jia Shuan Industrial Co., Ltd. in this matter. We write regarding Defendants Guangzhou Yuanqi Power Technology Co., Ltd. ("Yuanqi") and Hangzhou Xiapai E-Commerce Co., Ltd.'s ("Fresh Style") request for a pre-motion conference pursuant Rule 4.A.i.

In their letter, Yuanqi and Fresh Style seek a pre-motion conference with the Court on their anticipated motion to dismiss Count II of Plantiff's First Amended Complaint, (Dkt. 89), "because the claims rely on the interpretation and enforcement of federal regulations to substantiate the asserted state law claims" and that "[s]uch claims are federally preempted by 21 U.S.C. § 337(a)." (Dkt. 96 at 2.) Plaintiff pled to the contrary in its First Amended Complaint. (Dkt. 89 ¶ 84 ("Plaintiff does not seek to privately enforce the [federal] Food Drug and Cosmetic Act ("FDCA")]. Only FDA or a State may enforce the FDCA directly. 21 U.S.C. § 337(a). Plaintiff instead seeks relief under applicable state unfair competition laws based on predicate violations of state food-and-drug laws."). Plaintiff will oppose Defendants' anticipated motion.

We thank the Court for its consideration of these matters.

Respectfully submitted,

*/s/ James R. Lawrence, III*
James R. Lawrence, III

*Attorney for Plaintiff Dong Guan Jia Shuan Industrial Co., Ltd.*

cc: Counsel for the Parties
(via ECF)