USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 9/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONG GUAN JIA SHUAN INDUSTRIAL CO., LTD.,

Plaintiff,

-against-

PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

1:25-cv-10228-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Defendants Guangzhou Yuanqi Power Technology Co., Ltd ("Yuanqui") and Hangzhou Xiapai E-Commerce Co., Ltd.'s ("Fresh Style") pre-motion letter concerning their anticipated motion to dismiss, [ECF No. 96], and Plaintiff's response. [ECF No. 99]. Having carefully reviewed the letters, Defendants are GRANTED leave to file their anticipated motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that, by September 15, 2026, Plaintiff shall file a letter on the docket informing the Court and Defendants whether it intends to file an amended complaint in response to Defendants' anticipated motion to dismiss. This will be Plaintiff's last opportunity to amend its complaint in response to any issue raised by the Defendants' pre-motion letter.

IT IS FURTHER ORDERED that, if Plaintiff elects to further amend its complaint, Plaintiff shall file the amended complaint by September 22, 2026. Defendants shall respond within 14 days. If Defendants respond with a motion to dismiss, further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

IT IS FURTHER ORDERED that, if Plaintiff elects not to amend its complaint, Defendants shall file their contemplated motion to dismiss by September 22, 2026. Further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).

***The parties are on notice that failure to comply with court orders and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including: monetary sanctions on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.***

**SO ORDERED.**

Mary Kay Vyskocil

**Date: September 7, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**