ENVISAGE LAW

www.envisage.law
Tel: 919.268.8998
jlawrence@envisage.law

PO Box 30099
Raleigh, NC 27622

**BY ECF**

September 8, 2026

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***Dong Guan Jia Shuan Industrial Co., Ltd., v. Hangzhou Xiapai E-Commerce Co., Ltd.*, Case No. 1:25-cv-10228-MKV**
**Request for Pre-Motion Conference on Motion to Dismiss Count V of Yuanqi's Counterclaims (Dkt. 97 ¶¶ 70-85)**

Dear Judge Vyskocil:

Pursuant to Section 4.A.i of Your Honor's Individual Rules of Practice, Plaintiff Dong Guan Jia Shuan Industrial Co., Ltd. respectfully requests a pre-motion conference in advance of filing a Rule 12(b)(6) motion to dismiss Count V of the Counterclaims of Defendant Guangzhou Yuanqi Power Technology Co., Ltd. ("Yuanqi"), asserting violations of section 2 of the Sherman Act. (Dkt. 97 ¶¶ 70-85.) The motion is not on consent.

Count V rests on the premise that Plaintiff procured the '041 Patent through inequitable conduct and then asserted it to obtain takedowns of competing listings. That theory fails for four independent reasons.

First, Plaintiff's patent enforcement is protected petitioning immune under the *Noerr-Pennington* doctrine. Second, to the extent Count V is a *Walker Process Equip., Inc. v. Food Mach. & Chem. Corp.*, 382 U.S. 172 (1965), claim, Yuanqi pleads inequitable conduct, but *Walker Process* claimants must meet a higher standard. Third, Yuanqi does not plead a plausible relevant market or monopoly power. Fourth, Yuanqi does not plead cognizable antitrust injury. Yuanqi's alleged lost revenues and disrupted distribution constitute harms to one competitor, not consumers.

Plaintiff accordingly requests a pre-motion conference so it can proceed with its motion to dismiss. We thank the Court for its consideration of these matters.

Respectfully submitted,

*/s/ James R. Lawrence, III*
James R. Lawrence, III

*Attorney for Plaintiff Dong Guan Jia Shuan Industrial Co., Ltd.*

cc: Counsel for the Parties
(via ECF)