ENVISAGE LAW

www.envisage.law
Tel: 919.268.8998
jlawrence@envisage.law

PO Box 30099
Raleigh, NC 27622

**BY ECF**

September 15, 2026

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***Dong Guan Jia Shuan Industrial Co., Ltd., v. Hangzhou Xiapai E-Commerce Co., Ltd.*****, Case No. 1:25-cv-10228-MKV**
**Response to Scheduling Order Dated September 7, 2026 (Dkt. 100)**

Dear Judge Vyskocil:

We write on behalf of our client Plaintiff Dong Guan Jia Shuan Industrial Co., Ltd. in response to the Court's September 7, 2026 Scheduling Order. (Dkt. 100.) Pursuant to the Order, Plaintiff gives notice that it intends to file a further amended complaint in this matter by September 22, 2026.

We thank the Court for its consideration of these matters.

Respectfully submitted,

*/s/ James R. Lawrence, III*
James R. Lawrence, III

*Attorney for Plaintiff Dong Guan Jia Shuan Industrial Co., Ltd.*

cc: Counsel for the Parties
(via ECF)